**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ERIC LEWIS, | Civil No. 09-2404 (DWF/JJG) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Federal Judge RICHARD G. KOPF, Omaha Police Officer CHAD KAVARS, Omaha Police Officer RICHARD GRIXBY, UNIVERSITY MEDICAL CENTER DIRECTOR, GLENN A. FOSDICK, FACHE, HARLAN J. NOODLE, Dr. JAMES CANEDY, Dr. HAROLD MAURER, Dr. BYERS SHAW JR., JAN THAYER, Dr. MARLIN STAHL, MOGEN C. BAY, RITA VAN FLEET, Dr. GAIL WALLING YANNEY, and DUANE W. ACKLIE, | |
| Defendants. | |

Eric Lewis, *Pro Se*, Plaintiff.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Doc. No. 2), is **GRANTED** as to this pleading only;

2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

3. For purposes of 28 U.S.C. § 1915(g), this action is **DISMISSED** "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: October 19, 2009         s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge